# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-543-RJC-DCK

| | |
|---|---|
| STEVEN DAVIDSON, individually and on behalf of others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) DAIMLER TRUCKS NORTH AMERICA LLC, ) ) ) Defendant. ) ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Brian L. Kinsley, concerning Jason T. Brown on November 14, 2019. Jason T. Brown seeks to appear as counsel *pro hac vice* for Plaintiff, Steve Davidson, individually, and on behalf of others similarly situated. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Jason T. Brown is hereby admitted *pro hac vice* to represent Plaintiff, Steven Davidson, individually, and on behalf of others similarly situated.

**SO ORDERED**.

Signed: November 14, 2019

David C. Keesler
United States Magistrate Judge