UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00543-RJC-DCK

| STEVEN DAVIDSON, individually and on behalf of others similarly situated, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| DAIMLER TRUCKS NORTH AMERICA LLC, | ) ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on Plaintiff's unopposed motion to approve stipulation conditionally certifying a collective action pursuant to 29 U.S.C. § 216(b). (Doc. No. 29.)

Upon the consent of the parties, it is hereby **ORDERED** that Plaintiff's motion, (Doc. No. 29), is **GRANTED** and the parties' stipulation, (Doc. No. 29-1), and attached notice form, (Doc. No. 29-2), are **APPROVED**. The notice form may be disseminated as forth in the stipulation. Defendant shall provide the information set forth in paragraph 4 of the stipulation to Plaintiff's counsel within twenty-one (21) days of the date of this Order.

Signed: May 18, 2020

Robert J. Conrad, Jr.
United States District Judge