# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-543-RJC-DCK

| | |
|---|---|
| STEVEN DAVIDSON, individually, and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** |
| DAIMLER TRUCKS NORTH AMERICA LLC, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Brief Stay Of Proceedings" (Document No. 40) filed September 1, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Brief Stay Of Proceedings" (Document No. 40) is **GRANTED**. This matter is **STAYED** through **October 15, 2020**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice Of Settlement or a Certification and Supplemental Report of Fed.R.Civ.P. 26(f) Conference and Discovery Plan, on or before **October 20, 2020**.

**SO ORDERED**.

Signed: September 1, 2020

_____
David C. Keesler
United States Magistrate Judge