IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-543-RJC-DCK

| | |
|---|---|
| STEVEN DAVIDSON, individually, and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DAIMLER TRUCKS NORTH AMERICA LLC,<br><br>    Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Continuation Of Brief Stay Of Proceedings" (Document No. 45) filed October 16, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion. Further extensions are unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Continuation Of Brief Stay Of Proceedings" (Document No. 45) is **GRANTED**. This matter is **STAYED** through **November 20, 2020**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice Of Settlement or a Certification and Supplemental Report of Fed.R.Civ.P. 26(f) Conference and Discovery Plan, on or before **November 25, 2020**.

Signed: October 16, 2020

David C. Keesler
United States Magistrate Judge