IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| STEVEN DAVIDSON, individually, and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:19-cv-00543-RJC-DCK |
| DAIMLER TRUCKS NORTH AMERICA LLC, | ) ) ) | |
| Defendant. | ) ) ) ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF THE EXCLUDED OPT-IN PLAINTIFFS WITHOUT PREJUDICE

Plaintiff, by and through his undersigned counsel, on behalf of himself and all individuals who have filed written consent forms in this Action and have timely claims ("Opt-In Plaintiffs"), respectfully requests that the Court enter an order: (1) approving the parties' Joint Stipulation of Settlement ("Joint Stipulation"); (2) approving Collective Counsel's proposed Attorneys' Fees and Litigation Expenses; (3) approving the Named Plaintiff's proposed Service Award; and (4) appointing Simpluris, Inc. as the Settlement Administrator; (6) dismissing the Excluded Opt-in Plaintiffs without prejudice; and (7) dismissing the action with prejudice. Plaintiff's Motion is based on the Joint Stipulation, Memorandum of Law, Declaration of Attorney Jason T. Brown, and exhibits thereto, all of which of filed contemporaneously with this Motion.

RESPECTFULLY SUBMITTED,

Dated: July 19, 2021

By:  /s Jason T. Brown
Jason T. Brown (*admitted pro hac vice*)

Nicholas Conlon (*admitted pro hac vice*)
BROWN, LLC
111 Town Square Pl Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5279
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

*Lead Counsel for Plaintiff*

Brian L. Kinsley
CRUMLEY ROBERTS LLP
2400 Freeman Mill Road
Greensboro, NC 27406
T: (800) 288-1529
BLKinsley@crumleyroberts.com

*Local Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify on July 19, 2021, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

Elizabeth R. Gift, Esq.
Michael Ray, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
201 South College Street, Suite 2300
Charlotte, NC 28244
T: 704-405-3115
F: 704-342-4379
Elizabeth.gift@ogletree.com
Michael.Ray@ogletree.com
*Attorneys for Defendant*

Brian L. Kinsley
CRUMLEY ROBERTS LLP
2400 Freeman Mill Road
Greensboro, NC 27406
T: (800) 288-1529
BLKinsley@crumleyroberts.com
*Local Counsel for Plaintiff*

By:   /s Jason T. Brown
        Jason T. Brown (*admitted pro hac vice*)